DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CORY C. STROLLA,**
Appellant,

v.

**DAWN STROLLA,**
Appellee.

No. 4D2024-2294

[March 19, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 50-2023-DR-010747-XXXA-NB.

Cory C. Strolla, Palm Beach Gardens, pro se.

Christopher R. Jette of Nason Yeager, Palm Beach Gardens, for appellee.

PER CURIAM.

Cory Strolla ("Husband") appeals an order granting his wife Dawn Strolla's ("Wife") motion for temporary relief in a dissolution of marriage case. We reverse and remand for further proceedings.

In its order granting Wife temporary support, the trial court determined that Wife presented no competent substantial evidence as to her current monthly expenses. The court nevertheless ordered Husband to pay various home expenses, finding that Husband has the ability to pay by reducing his individual monthly expenses. The court's determination that Husband has the ability to pay the court-ordered amounts is not supported by competent substantial evidence because no evidence was presented below as to Husband's ability to reduce his monthly expenses.

While we recognize that temporary relief orders are among the areas where trial judges have the broadest of discretion, such orders must still be supported by competent substantial evidence as to need and ability to pay. *Van Maerssen v. Gerdts*, 213 So. 3d 952, 953 (Fla. 4th DCA 2017) (citations omitted).

Accordingly, we reverse the temporary support order and remand for further consideration. On remand, the court may receive additional evidence, if necessary, regarding Wife's present need and Husband's ability to pay.

*Reversed and remanded for further proceedings consistent with this opinion.*

DAMOORGIAN, LEVINE and FORST, JJ., concur.

\*     \*     \*

**Not final until disposition of timely filed motion for rehearing.**